Rebecca Baff, Appellant, v. Sep Elias, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Adam Danner, Appellant, v. New York and Harlem Railroad Company and New York Central and Hudson River Railroad Company, Respondents.— Motion denied, with costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Paul Dickey, Appellant, v. Christopher A. Gortner, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Margaret Doogan, Plaintiff, v. Eugene J. May and Elizabeth F. May, Defendants.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Dumont Mortgage and Realty Company and Others, Respondents, v. The Mutual Poultry Company, Appellant.— Motion denied, without costs. present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Robert L. Dunn, Respondent, v. New York Herald Company, a Corporation, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ. Settle order before the presiding justice.

Louis G. Engel, Respondent, v. Henry Doscher and Others, as Executors, etc., Appellants, and Others, Defendants.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Harry Heischober, an Infant, etc., Appellant, v. Khiva Polishook, Respondent. — Motion for reargument denied, with costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Agnes Mary Hendrick, Respondent, v. Laura Biggar, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.